UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 16 PM 1: 33
CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
vs )   CASE NUMBER   CR406-205
)
KEVIN KLARELL WASHINGTON aka TANK )
and LAVONNIA WASHINGTON )

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __16__ day of __Oct.__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA