IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CR 406-205 |
| | * | |
| KEVIN KLARELL WASHINGTON | * | |

O R D E R

Defendant Kevin Klarell Washington has moved to reconsider this Court's denial of his motion to modify the conditions of his supervised release. (Doc. 133.) More specifically, the Court denied Washington permission to engage in the shrimping business. Additionally, Washington moves the Court to temporarily terminate his restitution payments.

Upon further consultation with the United States Probation Office, and in consideration of the concerns outlined in the Government's opposition to the motion, Washington's motion for reconsideration (doc. 135) is **DENIED**. Further, Washington's motion to suspend his restitution payments (doc. 134) is **DENIED**. Washington instead should consult with the United States Probation Office on such financial matters.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA